MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SARAH HAWKINS  (CABN 257723)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    Fax: (415) 436-7207
    Email:  Sarah.Hawkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 15 0043 WHA |
|---|---|---|
| v. | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OTHERWISE |
| ANITA DIXON, | ) ) | APPLICATION SPEEDY TRIAL ACT CALCULATION |
| Defendant. | ) ) | |

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on February 24, 2015 at 2:00 p.m. for a status. Ms. Dixon was present and represented by Assistant Federal Defender Daniel Blank. Assistant United States Attorney Sarah Hawkins appeared for the Government. The parties agreed to stipulate to a continuance of the matter for six weeks. The court agreed to exclude time for four of those six weeks for effective preparation of counsel.

2. Accordingly, with the parties' agreement as to the new date, the Court scheduled a status hearing for April 7, 2015 at 2:00 p.m., with the understanding that the parties would submit a Stipulation and Proposed Order excluding time.

3. The parties now formalize their request for a continuance of this matter to April 7, 2015

1  at 2:00 p.m. for a status conference, and respectfully submit and agree that the period from February 24,
2  2015 through and including March 24, 2015 should be excluded from the otherwise applicable Speedy
3  Trial Act computation because the continuance is necessary for effective preparation of counsel, taking
4  into account the exercise of due diligence.  Specifically, the time requested for exclusion will allow
5  defense counsel to review the discovery provided by the Government and conduct necessary
6  investigation.
7          IT IS SO STIPULATED.

9  DATED:  March 5, 2015                                    MELINDA HAAG
                                                                                    United States Attorney

11                                                                                        /s/
                                                                                    SARAH HAWKINS
12                                                                                 Assistant United States Attorney

14  DATED:  March 5, 2015

15                                                                                        /s/
                                                                                    DANIEL BLANK
16                                                                                 Counsel for the Defendant

STIP. AND ORDER EXCLUDING TIME              2
CR 15-0043 WHA

1 **[PROPOSED] ORDER**

2 Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice
3 served by granting a continuance from February 24, 2015 through and including March 24, 2015
4 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such
5 a continuance would unreasonably deny the defendant the reasonable time necessary for effective
6 preparation, taking into account the exercise of due diligence.

7 Accordingly, THE COURT ORDERS THAT:

8 1. The parties shall appear before the Court on April 7, 2015 at 2:00 p.m. for further status
9 conference.

10 2. The period from February 24, 2015 through and including March 24, 2015 is excluded
11 from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) &
12 (B)(iv).

13 IT IS SO ORDERED.

15 DATED: March 9, 2015.

HON. WILLIAM H. ALSUP
United States District Judge

STIP. AND ORDER EXCLUDING TIME     3
CR 15-0043 WHA