MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SARAH HAWKINS (CABN 257723)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7027
    Email:  sarah.hawkins@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-043-WHA |
| | NO. CR 15-0138-WHO |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| | AND [PROPOSED] ORDER |
| ERWIN MACKEY, | |
| Defendant. | |

      The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related.

      1.     The initial case, CR 15-043 (WHA), is a one-count indictment against Erwin Mackey and Anita Dixon for distributing oxycodone within 1,000 feet of a school in violation of Title 21, United States Code, Sections 841(a)(1) and 860. The indictment was filed on January 20, 2015 and assigned to Honorable Judge William H. Alsup. Ms. Dixon was arrested and appeared before Mr. Mackey's arrest and is currently set for a status hearing on April 7, 2015 before Judge Alsup.

2. The more recent case, CR 15-0138 (WHO), is a two-count indictment against Erwin Mackey. Count One charges him with possession with Intent to Distribute Hydromorphone, Heroin, Methadone, Diazepam, Hydrocodone, Morphine, and Oxycodone in violation of United States Code Section 841(a)(1). Count Two charges him with being a felon in possession of a firearm and ammunition in violation of Title 18, United States Code, Section 922(g)(1). The indictment was filed on March 3, 2015 and was assigned to the Honorable Judge William H. Orrick.

3. The cases are related within the meaning of Northern District of California Criminal Local Rule 8-1.  Local Rule 8-1(a) states that a new case should be related to an existing case that "is or was pending in this District."  Two cases are related for purposes of this rule if they (1) "concern one or more of the same defendants and the same alleged events, occurrences, transactions or property" or (2) "appear likely to entail substantial duplication of labor if heard by different Judges or might create conflicts and unnecessary expenses if conducted before different Judges."  L.R. 8.1(b).

Per the requirement of Local Rule 8-1(b)(2), assignment of the cases to a single judge is likely to conserve judicial recourses and promote an efficient determination of both cases, including a potential global resolution of both cases through a plea agreement.

DATED: March 19, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

__/s/_____
SARAH HAWKINS
Assistant United States Attorney

[PROPOSED] ORDER

For the reasons stated in the notice and for good cause shown, the above-referenced cases shall be related by the Clerk.

IT IS SO ORDERED.

DATED: March 23, 2015.

_____
HON. WILLIAM H. ALSUP
United States District Judge